1  GARY S. FERGUS, Cal. Bar No. 095318
   FERGUS, A LAW OFFICE
2  595 Market Street, Ste. 2430
   San Francisco, California 94115
3  Telephone: (415) 537-9032
   Facsimile:  (415) 537-9038
4  gfergus@ferguslegal.com

5  JANET CONWAY (*Pro Hac Vice*)
   Etagz, Inc.
6  15 North 100 East, 2nd Floor
   Provo, UT 84606
7  Counsel for ETAGZ, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ETAGZ, INC. | ) Case No. C 09-05926 CRB |
| Plaintiff | ) |
| v. | ) **PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR TRANSFER OF VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION) PURSUANT TO 28 U.S.C. 1404(a)** |
| QUIKSILVER, INC. | ) |
| Defendant. | ) |

Plaintiff Etagz, Inc. ("Etagz") pursuant to L.R. 7-3(b) hereby confirms that it does not oppose defendant Quiksilver, Inc.'s Motion for Transfer of Venue to the Central District of California (Southern Division) pursuant to 28 U.S.C. 1404(a). Etagz is most interested in proceeding on the merits whether that be in the Northern District of California or the Southern Division of the Central District of California rather than expending resources on a venue dispute.

1.

| | | |
|---|---|---|
| Dated: February 22, 2010 | Fergus, A Law Office | |
| | By: /s/ Gary S. Fergus | |

Gary S. Fergus (Calif. Bar No. 95318)
595 Market Street, Suite 2430
San Francisco, CA 94105
Telephone: (415) 537-9032
Facsimile: (415) 537-9038

JANET CONWAY (*Pro Hac Vice*)
Etagz, Inc.
15 North 100 East, 2nd Floor
Provo, UT 84606

Counsel to Etagz, Inc.

2.

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I, Gary S. Fergus, declare: |
| 3 | I am and was at the time of the service mentioned in this declaration, employed in |
| 4 | the County of San Francisco, California. I am over the age of 18 years and not a party to this |
| 5 | cause. My business address is Fergus, a law office, 595 Market Street, Suite 2430, San Francisco, |
| 6 | California 94105. |
| 7 | On February 22, 2010, I caused service of a copy of the **Plaintiff's Statement Of** |
| 8 | **Non-Opposition To Defendant's Motion For Transfer Of Venue To The Central District Of** |
| 9 | **California (Southern Division) Pursuant To 28 U.S.C. 1404(a)** on the parties to this action as |
| 10 | follows: |

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, on those parties and/or counsel who are registered ECF users:

Mark A. Finkelstein (mafinkelstein@jonesday.com)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on the 22nd of February 2010 at San Francisco, California.

                                        /s/ Gary S. Fergus
                                        Gary S. Fergus

3.